UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATHAM & WATKINS LLP,<br><br>     *Plaintiff,*<br><br>  v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION,<br><br>     *Defendant*. | Civil Action No. 20-0509 (TNM) |

## **JOINT STATUS REPORT**

Pursuant to the Court's May 22, 2020, Minute Order, Plaintiff, Latham & Watkins LLP ("Plaintiff"), and Defendant, the U.S. Food and Drug Administration ("FDA" or "Defendant"), respectfully submit this joint status report to update the Court on developments in this Freedom of Information Act ("FOIA") matter since the parties' last report, and to propose a schedule for further proceedings in this matter. The parties state as follows:

1. Plaintiff's Complaint relates to a FOIA request, dated January 15, 2020, seeking "copies of all records associated with two specific Investigational New Drug Applications and New Drug Applications submitted for drugs with the active ingredient cocaine hydrochloride manufactured by Lannett Company Inc. (Numbrino) and Genus Lifesciences, Inc. (Goprelto)." *Id*. at ¶ 20.

2. Since the parties' last joint status report, FDA made its first interim production to Plaintiff on June 9, 2020, consisting of 2,202 pages of responsive records, with certain information withheld pursuant to FOIA exemptions 4, 5, and 6. *See* 5 U.S.C. §§ 552(b)(4), (b)(5), (b)(6).

3. FDA currently anticipates making its second interim production, consisting of approximately 545 pages of responsive records, on or before June 30, 2020.

4. FDA's second interim production will include all responsive documents identified by FDA in the search it conducted based on the parties narrowed scope agreement—attached as Exhibit A to the parties May, 21, 2020, Joint Status Report (ECF No. 11)—with the exception of email records to or from former Center for Drug Evaluation and Research ("CDER") employees. FDA has previously reported that it will take approximately six months to process and produce the former CDER employee emails.

5. The parties propose filing a further joint status report on or before July 22, 2020.

Dated:  June 22, 2020

                                      Respectfully submitted,

/s/ Andrew D. Prins
Andrew D. Prins (D.C. Bar No. 998490)
Ryan S. Baasch (D.C. Bar No. 144370)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Email: andrew.prins@lw.com

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Civil Division Chief

By: */s/ Diana V. Valdivia*
DIANA V. VALDIVIA
Assistant United States Attorney
D.C. Bar # 1006628
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2545
Diana.valdivia@usdoj.gov

*Counsel for Defendant*