UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATHAM & WATKINS LLP, *Plaintiff,* v. U.S. FOOD AND DRUG ADMINISTRATION, *Defendant*. | Civil Action No. 20-0509 (TNM) |

## JOINT STATUS REPORT

Pursuant to the Court's June 23, 2020, Minute Order, Plaintiff, Latham & Watkins LLP ("Plaintiff"), and Defendant, the U.S. Food and Drug Administration ("FDA" or "Defendant"), respectfully submit this joint status report to update the Court on developments in this Freedom of Information Act ("FOIA") matter since the parties' last report, and to propose a schedule for further proceedings in this matter. The parties state as follows:

1. Plaintiff's Complaint relates to a FOIA request, dated January 15, 2020, seeking "copies of all records associated with two specific Investigational New Drug Applications and New Drug Applications submitted for drugs with the active ingredient cocaine hydrochloride manufactured by Lannett Company Inc. (Numbrino) and Genus Lifesciences, Inc. (Goprelto)." *Id.* at ¶ 20.

2. Since the parties' last joint status report, FDA made its second interim production to Plaintiff on June 30, 2020, consisting of 545 pages of responsive records, with certain information withheld pursuant to FOIA exemptions 4 and 5. *See* 5 U.S.C. §§ 552(b)(4), (b)(5).

3. FDA considered its second interim production to have included all responsive documents identified by FDA in the search it conducted based on the parties narrowed scope

agreement—attached as Exhibit A to the parties May, 21, 2020, Joint Status Report (ECF No. 11)—with the exception of email records to or from former Center for Drug Evaluation and Research ("CDER") employees.[1]

4. The parties met and conferred by email on July 1, 2020, regarding the scope of FDA's search and Plaintiffs belief that some responsive documents may not have been produced. FDA conducted an additional search and made a third interim production records to Plaintiff on July 9, 2020, consisting of 188 pages of responsive records, with certain information withheld pursuant to FOIA exemption 5. *See* 5 U.S.C. §§ 552(b)(5).

5. The parties met and conferred again by email on July 9, 2020, and over the phone on July 10, 2020. FDA conducted an additional search and made a fourth interim production of records to Plaintiff on July 10, 2020, consisting of six pages of responsive records with no information withheld pursuant to FOIA exemptions.

6. The parties met and conferred again by email on July 13, 2020, and July 20, 2020. FDA conducted an additional search and made a fifth interim production of records to Plaintiff on July 22, 2020, consisting of 35 pages of responsive records with certain information withheld pursuant to FOIA exemption 4. *See* 5 U.S.C. §§ 552(b)(4).

7. Consistent with the parties' May 21, 2020, Joint Status Report (ECF No. 11), FDA currently expects to produce the non-exempt portions of the remaining responsive documents—email records to or from former CDER employees—by the end of November 2020.

8. Plaintiff is currently in the process of reviewing FDA's recent productions. Accordingly, the parties propose filing a further joint status report on or before August 19, 2020.

---

[1] As discussed further in paragraph 7, FDA has previously reported that it will take approximately six months (or until the end of November) to process and produce the former CDER employee emails.

Dated: July 22, 2020

                                                Respectfully submitted,

| | |
|---|---|
| /s/ Andrew D. Prins | MICHAEL R. SHERWIN |
| Andrew D. Prins (D.C. Bar No. 998490) | Acting United States Attorney |
| Ryan S. Baasch (D.C. Bar No. 144370) | |
| LATHAM & WATKINS LLP | DANIEL F. VAN HORN |
| 555 Eleventh Street NW, Suite 1000 | D.C. Bar No. 924092 |
| Washington, DC 20004 | Civil Division Chief |
| Tel: (202) 637-2200 | |
| Email: andrew.prins@lw.com | By: */s/ Diana V. Valdivia* |
| | DIANA V. VALDIVIA |
| | Assistant United States Attorney |
| *Counsel for Plaintiff* | D.C. Bar # 1006628 |
| | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 252-2545 |
| | Diana.valdivia@usdoj.gov |
| | |
| | *Counsel for Defendant* |